IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| In Re Anthony Moore | ) ) ) ) ) ) ) ) ) | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No.: 3:12-mc-4 |

Anthony Moore, an inmate at the James River Correctional Center in Jamestown, North Dakota, submitted a proposed complaint and an application to proceed *in forma pauperis*. As a prohibited filer under the Prison Litigation Reform Act of 1996, he is not entitled to proceed *in forma pauperis* unless he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); see also, Martin v. Shelton, 319 F.3d 1048, 1050 (8th Cir. 2003). Moore asserts in his petition that he is in imminent danger of serious physical injury because he has no recourse to address matters in the state courts of North Dakota, including the North Dakota Supreme Court. Magistrate Judge Karen Klein has issued a Report and Recommendation concluding that Moore's claims are baseless and that in any event, his petition should be accepted because he is a prohibited filer based on his previous abuses of the judicial system.

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's analysis and recommendations are appropriate. Accordingly, the Court adopts the Report and Recommendation in its entirety. The Court acknowledges Moore's objection to the Report and Recommendation, but concludes that he has failed to allege the nature of any claimed serious bodily injury. The Clerk is instructed not to file the complaint submitted and to deny Moore's request to proceed *in forma pauperis* both in this Court and upon any appeal.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2012.

                                                      */s/   Ralph R. Erickson*
                                                      Ralph R. Erickson, District Judge
                                                      United States District Court